# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1227

CARDPOOL, INC.,

                        Plaintiff-Appellant,

v.

PLASTIC JUNGLE, INC.,

                        Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-4182, Judge William H. Alsup.

Authorized Abbreviated Caption[2]

CARDPOOL, INC. v PLASTIC JUNGLE, INC. 2013-1227

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.